UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>   Plaintiff,<br><br> v.<br><br>W. PEREZ, et al.,<br><br>   Defendants. | No. 2:18-cv-1057 DB P<br><br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. By order dated May 24, 2019, the court referred this case to the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 33.) In cases referred to the ADR project the court imposes a 120 day stay in order to allow the parties to investigate and participate in a settlement conference.

   Plaintiff has filed a motion to shorten the stay in this action to sixty-days. (ECF No. 35.) In support of his motion plaintiff states that he is in poor health, the essential facts have already been gathered, and the stay will prevent him from filing a motion for summary judgment soon after defendants file an answer.

   The length of the stay is intended to allow both parties time to investigate, meet and confer, and to accommodate any scheduling issues. Additionally, depending on the court's availability the stay may not last the full 120 days. Once plaintiff files the election form

1

indicating whether he would like to attend the settlement conference in person or via video, the court will schedule the settlement conference. This action may be resolved by the settlement conference. However, if the case does not settle, the court will then direct defendants to file an answer and this action will proceed. Accordingly, the court finds that plaintiff has not shown good cause to reduce the stay.

IT IS HEREBY ORDERED that plaintiff's motion to reduce the stay (ECF No. 35) is denied.

Dated: June 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.stay