UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>W. PEREZ, et al.,<br><br>    Defendants. | No. 2:18-cv-1057 DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants violated his Eighth Amendment rights. Presently before the court is plaintiff's motion for discovery. (ECF No. 46.)

    By order dated May 24, 2019, the court referred this case to the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 33.) On October 10, 2019, a settlement conference was held in this action. (ECF No. 44.) The case did not settle. Thereafter, the court lifted the stay and directed defendants to file a responsive pleading within twenty-one days. The court will deny plaintiff's motion for discovery because defendants have yet to file a responsive pleading. Once the defendants have filed an answer the court will issue a discovery and scheduling order.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery (ECF No. 46) is denied.

Dated: October 30, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.mt4disc