UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>W. PEREZ, et al.,<br><br>    Defendants. | No. 2:18-cv-1057 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Presently before the court is defendant's request for an extension of time to file a response to plaintiff's motion to compel. (ECF No. 62.) Good cause appearing the court will grant the request.

IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motion to compel on or before March 6, 2020.

Dated: February 21, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.eot(d)

1