UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>W. PEREZ, et al.,<br><br>    Defendants. | No.  2:18-cv-1057 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants violated his Eighth Amendment rights. Presently before the court is defendants' November 3, 2020 motion for an extension of time. (ECF No. 116.)

Defendants have previously sought and obtained extensions of time to take plaintiff's deposition due to the COVID-19 pandemic. (ECF Nos. 83, 84, 90, 91, 104, 106.) The current deadline to take plaintiff's deposition is November 5, 2020. In the instant motion, counsel for defendants indicate that they have arranged to take plaintiff's deposition by video on December 7, 2020. (ECF No. 116 at 5.) Counsel further stated that December 7, 2020 is the earliest possible date available at the institution where plaintiff is presently incarcerated. Good cause appearing the court will grant the motion.

////

////

1

IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time (ECF No. 116) is granted.
2. Defendants have until 10, 2020 to take plaintiff's deposition.
3. The deadline for filing dispositive pre-trial motions is continued to February 26, 2020.
4. In all other respects, the court's November 6, 2019 Discovery and Scheduling Order remains the same.

Dated: November 5, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.eot(D)4