1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GLENN O'CONNOR,                          No.  2:18-cv-1057 DB P

12                  Plaintiff,

13        v.                                    AMENDED ORDER

14    W. PEREZ, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18    1983.  Plaintiff claims defendants violated his Eighth Amendment rights.  A previous order stated

19    the dispositive motion deadline was extended to February 26, 2020 and failed to specify the

20    deadline for taking plaintiff's deposition.  (ECF No. 117.)  However, the court now makes clear

21    that the deadline for taking plaintiff's deposition is extended to December 10, 2020 and the

22    dispositive motion deadline is extended to February 26, 2021.

23    ////

24    ////

25    ////

26    ////

27    ////

28    ////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants have until December 10, 2020 to take plaintiff's deposition.

2.  The deadline for filing dispositive pre-trial motions is continued to February 26, 2021.

3.  In all other respects, the court's November 6, 2019 Discovery and Scheduling Order
    remains the same.

Dated:  November 5, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12

DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.eot(D)4