UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>W. PEREZ, et al.,<br><br>    Defendants. | No. 2:18-cv-1057 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants violated his Eighth Amendment rights. Presently before the court is defendants' motion to modify the Discovery and Scheduling Order. (ECF No. 120.)

Defendants request that the court extend the deadline to take plaintiff's deposition and to file dispositive motions. Counsel for defendants made arrangements to take plaintiff's deposition on December 7, 2020. However, due to maintenance at the facility where plaintiff is housed the deposition cannot take place on that date. Counsel has arranged to take plaintiff's deposition at the earliest available date, December 28, 2020. Good cause appearing the court will grant the motion to modify the Discovery and Scheduling Order.

////

////

////

1

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 120) is granted;
2. Defendants have until December 31, 2020 to take plaintiff's deposition;
3. The deadline for filing dispositive pre-trial motions is continued to February 26, 2021; and
4. In all other respects, the court's November 6, 2019 Discovery and Scheduling Order remains the same.

Dated: December 10, 2020

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/ocon1057.eot(D)5